# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN GRAY,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**MAIN LINE HOSPITALS, INC**. )<br>Defendant )<br>) | 2:23-cv-00263-KNS |

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Plaintiff, Dawn Gray, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Honorable Court to deny Defendant's Motion for Summary Judgement in its entirety, for the reasons set forth in the Plaintiff's Reply Brief in Opposition to Defendant's Motion for Summary Judgement, Plaintiff's Response to Defendant's Statement of Undisputed Facts and Plaintiff's Proposed Statement of Additional Undisputed Facts in Opposition to Defendant's Request For Summary Judgement, and Defendant's Appendix filed in support of this Motion.

October 30, 2023                                                                          Respectfully submitted,

/s/John A. Daller, Esquire
PA Bar No. 329356
PO Box 162
510 Pittsburgh Street
Mars, PA 16046
(724) 201-2050
johndaller@daller-law.com
*Counsel for Plaintiff*