IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN GRAY,<br><br>    *Plaintiff*<br>  v.<br><br>MAIN LINE HOSPITALS, INC.,<br><br>    *Defendant* | Case: 2:23-cv-00263-KNS |

### DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO FRONT PAY

Defendant, Main Line Health, Inc., by and through its undersigned counsel, respectfully move this Court to exclude reference to front pay for the reasons set forth in the attached Brief in Support of the Motion *in Limine*, which is incorporated herein by reference.  In accordance with Eastern District Local Rule 7.1(a) and (c), Defendants attach a Proposed Order and Brief in Support of the Motion *in Limine*.

                                                            Respectfully submitted,

s/*Brendan Hennessy*                                  /s/ *Caren Litvin*
Brendan Hennessy                                       Caren Litvin, Esq.
(Pa. Attorney I.D. No. 91831)                      (Pa. Atty I.D. No. 41796)
101 Lindenwood Drive, Suite 225            150 N. Radnor Chester Road, Suite F-200
Malvern, PA 19355                                       Radnor, PA  19087
bhennessy@hennessylawfirm.com         CL@litvinlawoffice.com
(484) 875-3111 (office)                              (610) 977-2049 (office)
*Of Counsel to Litvin Law Office*                *Counsel for Defendants*
*for Defendants*

Dated:  January 30, 2024

| | |
|---|---|
| DAWN GRAY,<br><br>       *Plaintiff*<br> v.<br><br>MAIN LINE HOSPITALS, INC.,<br><br>       *Defendant* | Case: 2:23-cv-00263-KNS |

## CERTIFICATE OF SERVICE

Defendant's Motion *in Limine* to Preclude Reference to Front Pay, the Brief in support thereof, and a Proposed Order have been filed electronically and are available for viewing and downloading from the ECF System.

                    s/ *Brendan Hennessy*

                    _____
                    Brendan Hennessy, Esquire

2