**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAWN GRAY,** | | **:** |
| | *Plaintiff,* | **:** |
| | | **:** |
| | **v.** | **:  CIVIL NO.  23-0263** |
| | | **:** |
| **MAIN LINE HOSPITALS, INC.,** | | **:** |
| | *Defendant.* | **:** |

## ORDER

**AND NOW**, this **6th** day of **February 2024**, upon consideration of Plaintiff's Motion to Strike (ECF No. 24) and Defendant's Response in Opposition (ECF No. 25), it is **hereby ORDERED** that Plaintiff's Motion (ECF No. 24) is **DENIED**.

**BY THE COURT:**

*/s/ Kai N. Scott*
**HON. KAI N. SCOTT**
**United States District Court Judge**