IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN GRAY, *Plaintiff,* | : <br> : <br> : |
| v. | : CIVIL NO. 23-0263 <br> : |
| MAIN LINE HOSPITALS, INC., *Defendant.* | : <br> : <br> : |

## ORDER

AND NOW, this **15th** day of **February 2024,** upon consideration of Defendant's Motion for Summary Judgment (ECF No. 21), Plaintiff's Response in Opposition (ECF No. 22), and Defendant's Reply in Support of its Motion for Summary Judgment (ECF No. 23), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant's Motion (ECF No. 21) is **GRANTED IN PART AND DENIED IN PART.** The Motion (ECF No. 21) is **DENIED as to Counts I and III** of Plaintiff's Complaint and **GRANTED as to Counts II, IV, and V** of Plaintiff's Complaint.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge