IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN GRAY, | : |
|       *Plaintiff,* | : |
| | : |
| v. | :   CIVIL NO. 23-0263 |
| | : |
| MAIN LINE HOSPITALS, INC., | : |
|       *Defendant.* | : |

## ORDER

**AND NOW**, this **21st** day of **February 2024**, for the reasons stated during the final pretrial conference held on February 20, 2024, it is **hereby ORDERED** that:

1. Defendant's Motion in Limine to Preclude Plaintiff from Introducing Any Evidence of Compensatory Damages Other Than Alleged Wage Loss (ECF No. 29) is **GRANTED**;

2. Defendant's Motion in Limine to Preclude Reference to Punitive Damages Until Close of Plaintiff's Case-in-Chief (ECF No. 30) is **GRANTED**; and

3. Defendant's Motion in Limine to Preclude Reference to Front Pay (ECF No. 31) is **GRANTED**.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**