IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN GRAY,<br>        *Plaintiff,*<br><br>    v.<br><br>MAIN LINE HOSPITALS, INC.,<br>        *Defendant.* | :<br>:<br>:<br>: CIVIL NO. 23-0263<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **16th** day of **April 2024**, following a Final Pretrial Conference held on this same day, it is **hereby ORDERED** as follows:

1. For the reasons detailed at the conference, Defendant's Motion to Exclude Plaintiff's Expert Opinions (ECF No. 26) is **GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE**. Plaintiff's experts will be permitted to testify in the limited capacity described on the record during the conference.

2. For the reasons detailed at the conference, Defendant's Motion *in Limine* to Preclude Plaintiff from Calling Witnesses Not Identified or on Subjects Not Disclosed During Pretrial Discovery (ECF No. 45) is **DENIED AS MOOT IN PART as to Andrea Gazzillo and Kerry Downes and GRANTED IN PART as to Julie Grimm.**

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**