IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAWN GRAY                                    :         CIVIL ACTION
                                             :
                                             :
        v.                                   :
                                             :
MAIN LINE HOSPITALS INC.                     :
                                             :         NO.  23-263
                                             :

ORDER

        AND NOW, this 19th day of April, 2024, IT IS HEREBY ORDERED that a
**TELEPHONIC** settlement conference is scheduled before the undersigned on **MONDAY,
APRIL 22, 2024, at 11:00 A.M.** The Court's Conference Line is 1-888-808-6929 then enter
9406808#.

        The senior attorney in charge of the matter for each of the parties is required to personally
participate at the conference call.  In the event senior counsel is unable to participate, he or she
shall arrange for a representative familiar with the case to be present at the time of the
conference call.

                                    BY THE COURT:

                                    /s/ ELIZABETH T. HEY

                                    _____
                                    ELIZABETH T. HEY
                                    UNITED STATES MAGISTRATE JUDGE